UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ERIC AND ANGELA CAMEL | : | CIVIL ACTION NO.: 2:22-cv-000593 |
| VS. | : | JUDGE JAMES D. CAIN, JR. |
| STATE FARM FIRE AND CASUALTY COMPANY | : | MAGISTRATE JUDGE KAY |

## ORDER OF DISMISSAL

Considering the foregoing Rule 41(a) Request for Court Ordered Dismissal,

IT IS ORDERED that the claim filed on behalf of **ERIC AND ANGELA CAMEL** is hereby dismissed, with prejudice, with each party to bear its own costs and expenses.

Lake Charles, Louisiana, this 17th day of October, 2022.

_____
U.S. DISTRICT JUDGE
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION